Filed 12/3/2015 10:01:21 AM
Terri Pirtle Willard
District Clerk
Rusk County, Texas

**CAUSE NO. CR14-319**

Samantha Ware

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **OF RUSK COUNTY** |
| | § | |
| **KENNY WAYNE DAVLIN** | § | **FOURTH JUDICIAL DISTRICT** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/15/2015 2:17:06 PM
DEBBIE AUTREY
Clerk

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that the Defendant, Kenny Wayne Davlin, desires to appeal from the Final Judgment signed by the Court on October 23, 2015.

### I.

On November 5, 2015, the Defendant notified the Court in writing of his desire to appeal his sentence and petitioned the Court for counsel to be appointed for the purpose of prosecuting his appeal. On November 6, 2015, the Court appointed Clay Dean Thomas as counsel for this matter.

### II.

The Defendant appeals to the Sixth Court of Appeals.

### III.

The Defendant has been found to be indigent for the purposes of this matter and may proceed without advance payment of costs.

Respectfully submitted this the 3rd day of December, 2015.


/s/Clay Dean Thomas
Clay Dean Thomas

Clay Thomas, P. C.
3548 NE Stallings Drive
Nacogdoches, Texas 75965
Phone:      (936) – 560 – 4555
Facsimile: (936) – 552 – 8990
clay.thomas@claythomaspc.com
State Bar Number: 24088520

**CERTIFICATE OF SERVICE**

This is to certify that on December 3, 2015, a true and correct copy of the above and foregoing document was electronically filed through efile.txcourts.gov with a courtesy copy requested to be sent to the District Attorney of Rusk County, Texas.

*/s/Clay Dean Thomas*
Clay Dean Thomas

*→ ATTN: JUDGE GOSSETT ← CN14-319*

# RUSK COUNTY JAIL—REQUEST / GRIEVANCE

(ONLY ONE REQUEST PER FORM)

NAME: Kenny Davlin          CELL: Q

ID # 24658

PURPOSE OF FORM: (CHECK ONLY ONE)    ✓ REQUEST    ___ GRIEVANCE

REASON(S) FOR GRIEVANCE/OTHER REQUEST

BE SPECIFIC: I would like to file for an appeal on my case for a time reduction only. Thank you!

_____          _____
INMATE SIGNATURE                          JAILER SIGNATURE

DATE: 11-01-15                            DATE: _____ TIME: _____

REPLY _____

_____

_____

FILED
2015 NOV -5 AM 9:30
TERRI PITTS WILLARD
RUSK COUNTY DISTRICT CLERK
BY _____ DEPUTY

JAILER SIGNATURE _____

DATE: _____ TIME: _____

## CAUSE NO. CR14-319

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **VS.** | § | **OF RUSK COUNTY, TEXAS** |
| | § | |
| | § | |
| **KENNY WAYNE DAVLIN** | § | **FOURTH JUDICIAL DISTRICT** |

### ORDER APPOINTING COUNSEL FOR PURPOSE OF APPEAL

Pursuant to application for court appointed counsel for indigent defendant heretofore presented to the Court, and after having given the same due consideration, the Court is of the opinion that **CLAY THOMAS** be appointed appellant counsel for the purpose of appeal for the defendant in the above entitled and numbered cause.

IT IS THEREFORE ORDERED that **CLAY THOMAS**, licensed attorney, whose State Bar Number is **24088520** be and is appointed appellant counsel for the purpose of appeal for the Defendant in this cause.

Signed this the 6 day of November, 2015.

J. Clay Gossett
Judge Presiding

FILED

2015 NOV -6 AM 10: 09

TERRI PIRTLE WILLARD
RUSK COUNTY DISTRICT CLERK

BY _____ DEPUTY